UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL STEPHEN LANCELLOTTI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-2179 (RJL) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM
January *11*, 2010

This civil action brought *pro se* is before the Court on Defendants' Motion to Dismiss [Dkt. No. 15]. By Order filed May 27, 2009, plaintiff was advised to respond to the motion by June 30, 2009, or risk the Court's treating the motion as conceded and summarily dismissing the case. The Court reiterated this warning in the Order of December 4, 2009, when it enlarged, *sua sponte,* plaintiff's response time to December 15, 2009. Plaintiff has not opposed the arguments set forth in the motion to dismiss, nor has he sought additional time to do so. The Court therefore will grant defendants' motion as conceded and dismiss the case pursuant to Local Civil Rule 7(b). *See Slovinec v. Amer. Univ.*, 520 F. Supp. 2d 107, 111 (D.D.C. 2007) (discussing enforcement of the local rule) (citations omitted). A separate Order accompanies this Memorandum.

RICHARD J. LEON
United States District Judge