UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL STEPHEN LANCELLOTTI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 08-2179 (RJL) |

ORDER

For the reasons stated in the accompanying Memorandum, it is this __11__ day of January 2010,

**ORDERED** that defendants' motion to dismiss [Dkt. No. 15] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

RICHARD J. LEON
United States District Judge